IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL E. ROWAN,

    Plaintiff,

v.                                                                                                4:14cv572–WS/CAS

ALEX TAYLOR and
JULIE JONES,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 34) docketed June 6, 2016. The magistrate judge recommends that the plaintiff's case be dismissed as moot. The plaintiff has filed no objections to the report and recommendation.

    The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (doc. 34) is hereby ADOPTED and incorporated by reference in this order.

2. The defendants' motion to dismiss (doc. 27) is GRANTED.

3. The plaintiff's amended complaint and this action are DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are dismissed as moot."

DONE AND ORDERED this   11th   day of    July   , 2016.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE